## STATE OF CONNECTICUT *v.* JUMA A. LAHAI

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 448 (AC 30219), is denied.

*Timothy H. Everett,* special public defender, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided July 6, 2011

## HARTFORD MUNICIPAL EMPLOYEES ASSOCIATION *v.* CITY OF HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 646 (AC 31262), is denied.

*Stephen F. McEleney,* in support of the petition.

*Lori Mizerak,* assistant corporation counsel, in opposition.

Decided July 6, 2011

## STATE OF CONNECTICUT *v.* KENNETH WILDER

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 750 (AC 31369), is denied.

*Elizabeth M. Inkster,* senior assistant public defender, and *Michael V. Laubach,* certified legal intern, in support of the petition.

*Timothy F. Costello,* assistant state's attorney, in opposition.

Decided July 6, 2011